

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-14-00313-CV

_____

## IN THE INTEREST OF E.M. AND J.M., CHILDREN

_____

### From the 85th District Court
### Brazos County, Texas
### Trial Court No. 13-001081-CV-85

---

## O R D E R

---

The Department of Family and Protective Services has filed a Motion to Exceed Word Limit on the Brief of Appellee. The Department requests permission to exceed the word limit for its responsive brief by 12,126 words. This exceeds the maximum word limit of 27,000 words allowed for one party for all of its briefs in a proceeding. *See* TEX. R. APP. P. 9.4(i)(2)(B). The Department contends the motion is necessary because the Department is responding to both appellant mother's and appellant father's briefs.

The Department's motion is granted. We remind the Department that it will not be able to respond further in this proceeding without prior permission of the Court or an express order of the Court.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion granted
Order issued and filed January 22, 2015

